IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| John Smentek, Malcolm Patton, and Melvin Phillips, | ) ) ) | |
| *Plaintiffs,* | ) ) | No. 09-529 |
| -vs- | ) ) | |
| | ) | *(Judge Lefkow)* |
| Sheriff of Cook County and Cook County, Illinois | ) ) ) | |
| *Defendants.* | ) | |

# PLAINTIFFS' MOTION TO SET SCHEDULE FOR PRELIMINARY INJUNCTION HEARING

Plaintiffs, by counsel, move the Court to set a schedule for a hearing on an application for a preliminary injunction.

Grounds for this motion are as follows:

1. On April 10, 2011, plaintiffs' undersigned counsel met with Christopher Parker, a prisoner in Division 14 at the Cook County Jail. Parker advised counsel that he had begun to experience severe dental pain on March 26, 2011 and that the pain was accompanied by blood and pus oozing into his mouth. (Parker Declaration, pars. 3, 6, attached as Exhibit 1.) Parker stated that he had promptly requested to see a dentist (Parker Declaration, par. 4), and that on April 6, 2011, a nurse in Division 14 told him that there was four to six month wait to see a dentist. (Parker Declaration, par. 8.) As of April 10, 2011, Parker had

not seen a dentist and had not received any treatment for the blood, pus, and constant pain he is experiencing. (Parker Declaration, par. 10.)

    2. Parker is aware of four other persons confined in Division 14 at the jail who are experiencing dental pain, have requested dental services, and who have not been provided with any dental treatment. (Parker Declaration, par. 11.)

    3. The plight of Christopher Parker provides reason to believe that defendants' efforts in *United States v. Cook County,* 10-CV-2946 have failed to render moot the class claims for injunctive relief asserted in this case. Accordingly, plaintiff requests that the Court set a schedule for a hearing on an application for a preliminary injunction.

                                Respectfully submitted,

/s/ Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC 830399
200 S Michigan Ave, Ste 1240
Chicago, IL 60604
(312) 427-3200

Thomas G. Morrissey
10249 S. Western Ave.
Chicago, IL. 60643

*Attorneys for the Plaintiff* Class

**Exhibit 1**

Sworn Declaration

The undersigned, under penalties of perjury, certifies that the following statements are true:

1. My name is Christopher Parker. I am presently confined at Division 14 of the Cook County Jail as number 2011-0208033.

2. I entered the jail on February 8, 2011.

3. On March 26, 2011, I began to experience severe pain from the area of the rearmost tooth on the left, bottom side of my mouth.

4. I submitted a medical request slip, seeking treatment for my dental pain, on March 26, 2011.

5. On March 29, 2011, I saw a nurse who gave me aspirin (about seven tablets), and told me that a dentist would see me soon.

6. When I saw the nurse on March 29, 2011, I told her that pus and blood were coming from the area of the tooth pain. I also told her that the pain was very strong.

7. I filed a grievance on March 29, 2011 because I had not been seen by a dentist and because I had not received any treatment for the blood or pus.

8. On April 6, 2011, I spoke with a nurse at Division 14 about my continued dental pain and blood and

pus. She told me that there was a 4 to 6 month wait to see a dentist and that I should buy ibuprofen at the commissary.

9. On April 6, 2011 I asked my fiance to contact attorney Flaxman, who visited me at the Jail on April 10, 2011.

10. I have yet to see a dentist or receive any treatment for the pus, blood, and constant pain.

11. I have spoken with other persons confined in Division 14 at the Jail and I know of four other persons who are experiencing dental pain, have requested dental services, and who have yet to receive any dental treatment.

Dated: April 10, 2011

_____

## CERTIFICATE OF SERVICE

I hereby certify that on the 11th day of April, 2011, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael L. Gallagher, ASA, 500 Daley Center, Chicago, IL 60602, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

/s/ Kenneth N. Flaxman

_____
Kenneth N. Flaxman
ARDC Number 08830399
200 S Michigan Ave, Ste 1240
Chicago, IL 60604-2430
(312) 427-3200 (phone)
(312) 427-3930 (fax)
knf@kenlaw.com (email)