**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1**
**Eastern Division**

John Smentek, et al.
                              Plaintiff,

v.                                                    Case No.: 1:09−cv−00529
                                                      Honorable Joan H. Lefkow

Sheriff of Cook County, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 11, 2013:

    MINUTE entry before Honorable Joan H. Lefkow:Motion hearing held on 6/11/2013. Motion of Darnell Cooper for joinder [125] is granted. Darnell Cooper will be a class member. Mailed notice(mad, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.