

# United States District Court
# Northern District of Illinois

In the Matter of

John Smentek, et al.   Magistrate Judge Geraldine Soat Brown

v.   Case No. 09-CV-00529

Sheriff of Cook County, et al.

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REFERRAL TO MAGISTRATE JUDGE

The above captioned case is currently pending on my calendar. I recommend to the Executive Committee that this case be referred to the calendar of Magistrate Judge Geraldine Soat Brown, the magistrate judge designated pursuant to Local Rule 72.1. The reasons for my recommendation are indicated on the reverse of this form.

_____
**Judge Joan Humphrey Lefkow**

Date: Tuesday, June 11, 2013

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be referred to the calendar of Magistrate Judge Geraldine Soat Brown

ENTER

FOR THE EXECUTIVE COMMITTEE

_____
**Chief Judge James F. Holderman**

Dated: Tuesday, June 11, 2013

District Referral - To Designated Magistrate Judge

## CIVIL PROCEDURES

**Conduct hearings and enter appropriate orders on the following pretrial motion/matter:**

- Perform such additional duties as are not inconsistent with the Constitution and laws of the United States, as specifically set forth below.

EXCEPTIONS OR ADDITIONS:
Discovery supervision is expanded to include determination of all discovery cut-off dates.

District Referral - To Designated Magistrate Judge