IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| John Smentek, et al., ) | |
| ) | |
| *Plaintiffs*, ) | |
| ) | No. 09-cv-529 |
| *-vs-* ) | |
| ) | *(Judge Lefkow)* |
| Sheriff of Cook County and Cook ) | |
| County, Illinois ) | *(Magistrate Judge Brown)* |
| ) | |
| *Defendants.* ) | |

## PLAINTIFFS' REPLY MEMORANDUM IN SUPPORT OF RENEWED MOTION TO COMPEL

Defendant Sheriff of Cook County does not dispute that plaintiffs will obtain relevant evidence by surveying a sample of the persons who entered the Jail between July 21, 2011 and December 31, 2013 about responses by the Jail to any health service request complaining about dental pain.

Defendant Sheriff, who has conceded that there is no index or central repository for health service requests and that these forms may only be found by reviewing individual medical records, also does not dispute that plaintiffs may use age, length of time at the jail, and address in selecting this representative sample.

Finally, defendant Sheriff does not disagree that he maintains this information in a computer database, from which he has supplied detainee

data in several other cases. Nonetheless, the Sheriff resists plaintiffs' request to update the identifying information he produced (free of any protective order) in *Elizarri v. Sheriff*, 07-cv-2427 for July 21, 2011 through December 31, 2013.

The Sheriff's primary argument against production of the updated identification information is that the class is limited to the "approximately 2000" present and former detainees who filed grievances about dental pain. (ECF #240 at 3.) This is incorrect: the class is not limited to persons who filed grievances, but includes all present and former detainees who made a "written request" for dental care.

The Sheriff's alternative argument is that plaintiffs should accept gross statistics about "1) the monthly and yearly detainee population of CCDOC in 2011, 2012 and 2013; 2) the 'average' and 'median' length of detainment at the CCDOC in 2011 and 2012." (ECF #240 at 4.) This data would not permit plaintiffs to survey a sample of the persons who entered the Jail between July 21, 2011 and December 31, 2013 about responses by the Jail to any health service request complaining about dental pain.

For the reasons above stated and those previously advanced, the Court should order defendants to produce the requested information.

                            Respectfully submitted,

/s/ <u>Kenneth N. Flaxman</u>
    Kenneth N. Flaxman
    ARDC 830399
    200 S Michigan Ave, Ste 1240
    Chicago, Illinois 60604
    (312) 427-3200

    Thomas G. Morrissey.
    10249 S Western Ave
    Chicago, Illinois 60643
    (773) 233-7900
    *Attorneys for the Plaintiff Class*

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of January, 2014 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Maureen O. Hannon, ASA, 69 W Washington Street, Ste 2030, Chicago, IL 60602 and Michael Gallagher, ASA, 50 W Washington Street, Ste 500, Chicago, IL 60602 and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none.

/s/ Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC 830399
200 S Michigan Ave, Ste 201
Chicago, Illinois 60604
(312) 427-3200
*an attorney for plaintiffs*