Case: 1:09-cv-00529 Document #: 259-2 Filed: 02/07/14 Page 1 of 10 PageID #:3934

# EXHIBIT P

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| JOHN SMENTEK, et al, ) | |
| ) | |
| Plaintiff, ) | Case No. 09 C 529 |
| v. ) | Honorable Judge Lefkow |
| SHERIFF OF COOK COUNTY AND COOK ) | Magistrate Judge Brown |
| COOK COUNTY, Illinois ) | |
| ) | |
| Defendants ) | |

## AFFIDAVIT OF KARL A. MEYER

I, Karl A. Meyer, D.D.S. I have been a licensed dentist for 40 years and have worked in correctional dentistry in some form for all of those years. Under penalty as provided by law pursuant to Section 1-109 of the Illinois Code of Civil Procedure, if called to testify would state as follows:

1. I am a 1972 graduate from the University of Illinois School of Dentistry and am recently retired from a 39 year career with the Federal Bureau of Prisons. I continue to provide dental care locally one day a week at a medical assistance/welfare clinic. During my career as a correctional dentist, I worked in every possible capacity. I was Chief Dentist in low, medium, and high security institutions; Deputy Chief Dentist for the entire Bureau of Prisons; and ultimately Chief Dentist for the Bureau from 1992 to 1996. I oversaw the entire dental program and developed policies and procedures that remain in place to this day.

2. Community dentistry and correctional dentistry are uniquely different in many ways. Community dentistry, unlike correctional dentistry, has theoretically unlimited resources; provides care on a demand basis; and emphasizes individual care. Correctional dentistry, on the other hand, has limited resources, both money

and personnel; provides care on a needs basis; and emphasizes care to populations. This is the public health model. Care is prioritized via risk assessment, and levels of care established and systematized. Care is provided riskiest first and so on. The guiding principle for this type of public health system becomes: the right care, to the right patient, at the right time, at the right place; at the right cost. This is a unique challenge and not easily established, especially in the correctional setting with its unstable populations and high turnover rates.

3. On January 27th and 28th, 2014, I had the opportunity to visit the Cook County Jail and preliminarily evaluate their dental program. I focused particularly on those detainees who were complaining of pain and/or swelling and infection, and their need to be seen by a dentist and their complaint addressed in a timely manner. I met with the Chief Dentist, Dr. Townsend, and visited all seven separate dental clinics included in the Jail complex. I met and interviewed the dentist in each of those clinics. The Jail is ("now" suggests that we were not "fully" staffed prior to getting seven dentists etc) fully staffed with seven dentists, an equally adequate number of assistants, and two dental hygienists.

4. Again, with a focus on pain and swelling/infection, and making observations only as of this date, and not a full or complete report for the County I offer the following for purposes of my opinion that an injunction at this time is unnecessary:

   a. Policies and procedures are in place at the Cook County Department of Corrections that are meant to insure that emergency dental care is available and provided in a timely manner. Dental complaints are submitted via a request form and screened by a mid-level practitioner. Detainees complaining of pain or

    swelling/infection are to be evaluated by a mid-level practitioner within 24 hours, provided an available analgesia if necessary, and referred as soon as possible to the dentist. The dentist reviews the request form and sets up an emergency appointment. The detainee is to be seen as soon as possible, less than one week. Other non-emergency requests are prioritized accordingly. Inmate grievance procedures are in place.

b.   The entire dental staff is familiar with these procedures and has made a concerted effort to implement them.

c.   The most significant of these efforts is making available the dedicated scheduling every afternoon of 5 inmates who are complaining of pain or swelling/infection. I saw that this was being done in all seven clinics.

d.   Good lines of communication with medical and correctional staff are being worked on so that detainees with emergency dental needs are recognized and referred to the dental clinic as soon as possible for evaluation and necessary treatment. Medical and correctional staff are encouraged to relay all dental complaints of an emergency nature to the dental clinic expeditiously.

e.   A review of available detainee request forms with a complaint of pain and/or swelling or infection revealed that in almost all cases these detainees were being seen by the dentist within a few days, often the same day. There were only a couple of outliers, and both had already been seen by the dentist and treated. In all of the clinics I observed that the dentists were going to extraordinary lengths to identify and see these detainees in a timely manner. It seems to have become a

primary mission as of this date. With 5 appointment slots available every afternoon, the mission should be accomplished.

f. A good amount of general dentistry is also being provided, including restorations, routine extractions, and hygiene therapy.

g. In summary, providing meaningful dental care in a detainee jail facility with a population of 9,000+, fifty percent of whose stay is 12 days or less, scattered over a large complex with several institutions, is, to say the least, a real challenge. There are many unique vagaries associated with correctional dentistry however, it relieves no one from the responsibilities mandated for the correctional setting. The Cook County Jail is adequately staffed to meet those responsibilities. Procedures are being developed and many are in place to accomplish this. The opinions put forth by Jay D. Shulman, DMD, MA, MSPH, on page 1 of his Statement of Opinions are, in my opinion, already being addressed

h. I found the dentists at the Jail to be a very dedicated and hard working group who are making great strides in meeting the goal of seeing inmates complaining of pain and/or swelling/infection as immediately as possible. They are fully engaged in trying to develop systems that can better accomplish this goal.

DATE: February 7, 2014

CURRICULUM VITAE
FOR
**KARL A. MEYER, D.D.S.**
==========================================================================

### PERSONAL
Captain (retired), U. S. Public Health Service
Date of Birth: 09/26/1946
Height: 5'8"  Weight: 160 lbs.
Married with three children, all adults

### ADDRESS
2286 Mill Road
Catawissa, PA 17820
(570)441-6897
(570)799-0873

### EDUCATION
1968 - 1972    D.D.S.  University of Illinois School of Dentistry
                       Chicago, Illinois

1964 - 1968    BS Zoology,  University of Illinois
                       Champaign/Urbana, Illinois

### PROFESSIONAL EXPERIENCE
January 2012 - Present

Retired from Federal Bureau of Prisons (FBOP) as Civil Service dentist and in February, 2003, from the United States Public Health Service as Captain (06).

Staff dentist at Susquehanna River Valley Dental Health Clinic, Sunbury, PA

Provide general dentistry to a medical assistance patient base.

July 2007 - January 2012

CHIEF DENTAL OFFICER, FEDERAL PRISON COMPLEX, ALLENWOOD, PA

Oversee all aspects of dental program that included four institutions and with four custody levels and a staff of three dentists and an inmate population of 4200.

Provide dental health care services to this population.

May 1996 - July 2007

CHIEF DENTAL OFFICER, FEDERAL CORRECTIONAL INSTITUTION
SCHUYLKILL, MINERSVILLE, PA

        Oversee all aspects of a two clinic, two dentist practice in a Federal Correctional Institution with an inmate population of 1500.

        Provide dental health care services to this population.

April 1992 - May 1996

    CHIEF DENTAL OFFICER, FEDERAL BUREAU OF PRISONS, WASHINGTON, DC

        Oversee all aspects of the dental program for the Federal Bureau of Prisons and a Bureau wide staff of approximately 150 dentists.

        Establish national dental program goals and objectives.

        Develop policies and procedures to meet these goals.

        Assure planning, development, implementation, and evaluation of dental disease prevention, dental health promotion, and clinical dental services in the Federal Bureau of Prisons.

        Public Health Service dental staffing officer for the Bureau of Prisons.

        Principal advisor to the health care program administrator in all matters concerning oral health.

April 1988 - April 1992

    DEPUTY CHIEF DENTAL OFFICER, FEDERAL BUREAU OF PRISONS

        Immediate assistant to the Chief Dental Officer Federal Bureau of Prisons with assigned duties as described above.

        Developed standardized Periodontal Program for the FBOP.

        Developed security standards for the dental clinics in the FBOP.

July 1985 - April 1992

    CHIEF DENTAL OFFICER, US PENITENTIARY, LEWISBURG, PA

        Administrative oversight of all aspects of a dental health care program at a major US penitentiary with 1700 inmates, three clinics, and a staff of two dentists.

        Provide all aspects of dental care to this inmate population.

July 1976 - July 1985

    STAFF DENTAL OFFICER, US PENITENTIARY, TERRE HAUTE, IN

        Provide all aspects of dental care to a population of 1500 at a major US penitentiary.

        Perform administrative duties as assigned.

July 1974 - July 1976

    CHIEF DENTAL OFFICER, FEDERAL YOUTH CENTER, ASHLAND, KY
        Administrative oversight of all aspects of dental care provision as the only dentist at a Federal Youth Center with a population of 750 inmates.
        Responsible for all of the dental care provided to this population.

January 1973 - July 1985

    STAFF DENTAL OFFICER, FEDERAL REFORMATORY, EL RENO, OK
        Provided all aspects of dental care to an inmate population of 1000.a
        Performed administrative duties as assigned.

**CONTINUING EDUCATION**
Sufficient to maintain licensure requirements of 30 hrs/2 yrs. Available upon request.

**PROFESSIONAL LICENSURE**
State of Pennsylvania

**AWARDS**
Public Health Service (PHS) Regular Corps - 1980
PHS Hazardous Duty Ribbon - 1988
PHS Unit Commendation - 1988
PHS Citation - 1989
PHS Citation - 1991
Bureau of Prisons Dentist of the Year Award - 1991
PHS Commendation Medal - 1993
Certificate of Appreciation from the Chief Dental Officer, PHS - 1995
Certificate of Appreciation from the Surgeon General, USPHS - 1996
Federal Bureau of Prisons Commendation Medal - 1996
Many performance awards and commendation awards from the FBOP
    1996 - 2012

**ACTIVITIES**
Chair, Periodontal Committee, FBOP - 1988
Chair, Dental Security Committee, FBOP - 1989
Millville Monthly Meeting, Society of Friends
Clerk, Millville Monthly Meeting - 1991 to 1993
Board of Trustees, Greenwood Friends School, Millville, PA - 1988 to 1992
Member PHS Dental Category Promotion Board - 1993
Member PHS Regular Corps Assimilation Board - 1992
Member PHS Dental Professional Advisory Committee (DePAC) - 1993 -1995
Chair, Recruitment Sub-committee, DePaC - 1994 - 1995
Member North Central Area Health Education Center (AHEC) Board of Trustees
    Wellsboro, PA 2004 - 2010
President North Central AHEC Board of Trustees - 2008 - 2010
Board of Directors, Southern Columbia Area School District, Elysburg, PA - 2001 - 2008

President, Board of Directors, Southern Columbia Area School District, 2006 -2008
Member, Board of Trustees, Bloomsburg Theater Ensemble, Bloomsburg, PA
    2010 - present

Defendant Cook County has agreed to pay Dr. Meyer $225 per hour for his review of documents and consultation and $500 per hour for providing testimony at trial.