## INDEX TO EXHIBITS IN OPPOSITION TO SUMMARY JUDGMENT

| | |
|---|---|
| EXHIBIT A | 2013 Dental Staffing Statistics |
| EXHIBIT B | Deposition of Dr. Couture |
| EXHIBIT C | Deposition of Dr. Townsend (partial as it is over 100 pages) |
| EXHIBIT D | Affidavit of Matthew Burke |
| EXHIBIT E | Deposition of Jesus Estrada |
| EXHIBIT F | Dr. Townsend Affidavit 2010 |
| EXHIBIT G | Deposition of Dr. Simon |
| EXHIBIT H | Affidavit of Sandy Hardesty |
| EXHIBIT I | Deposition of Jackie France |
| EXHIBIT J | 2008 Dental Schedule and Instructions on How to Respond to Dental Emergencies |
| EXHIBIT K | Patient Encounter sheets for 2008 and 2009 |
| EXHIBIT L | Affidavit of Randy Rabin with redacted dental records of Morris |
| EXHIBIT M | Deposition of Kenneth Morris |
| EXHIBIT N | Jay Schulman trial testimony excerpt |
| EXHIBIT O | Judge Finnerman Memorandum and Opinion |
| EXHIBIT P | Deposition of Dr. Provorosky in *Evans v. Dart* |
| EXHIBIT Q | Deposition of Melvin Philips |
| EXHIBIT R | McRoy redacted partial dental records |
| EXHIBIT S | Karl Meyer trial testimony excerpt |