IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Dennis Smentek, *et al.*, )
)
    *Plaintiffs*, )
)
-vs- ) No. 09-cv-529
)
Sheriff of Cook County and Cook ) *(Judge Lefkow)*
County, Illinois, )
)
    *Defendants*. )

## ORDER GRANTING PRELIMINARY APPROVAL
## OF CLASS ACTION SETTLEMENT

This case is before the court for ruling on the parties' Motion for Preliminary Approval of Class Action Settlement. (ECF No. 568.) This Court has carefully reviewed the Motion and Attachments, including the corrected Class Settlement Agreement, filed as Exhibit 1 to ECF No. 570, and the amended Notice of Proposed Settlement, filed as Exhibit 2 to ECF 570. Following this careful and thorough consideration, the Motion for Preliminary Approval of Class Action Settlement be, and the same hereby is GRANTED.

IT IS THEREFORE ORDERED THAT:

1.    This court grants preliminary approval to the settlement and finds that the terms of the settlement, as embodied in the Class Settlement Agreement, are sufficiently fair, reasonable, and adequate to allow dissemination of the Notice of the Hearing on Settlement of Class Action to the Class.

2. This court authorizes the parties to provide notice, claim forms, and opt-out forms by first class mail in the form attached to the Motion as Exhibits 2 (as corrected in ECF No. 570), 3 and 4.

3. The Court sets May 31, 2018, as the date for mailing class notice and July 31, 2018, as the deadline for responding to the notice.

4. The Court sets a fairness hearing in this matter on August 21, 2018 at 10:30 a.m.

ENTERED this 3rd day of May, 2018

Joan H. Lefkow
United States District Judge
MAY 0 3 2018