1 of 3 pg

M Pg (1)
9.16.18

TO: The Clerk of the US District Court

Re: Federal Case numbers and Addresses

FILED
SEP 24 2018
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Dear Clerk,

I last wrote to you 7/27/18 to express comments regarding federal case no. (09-cv-529): Smentek v. Sheriff of Cook County. However — while I expressed several anecdotes and tenable contentions as to why I was deemed an eligible "class member" in the supraly-mentioned class-action lawsuit — my comments were subsequently "misconstrued" — and you very cordially provided me with a (1983 complaint form.)

Dear Clerk, however; I do appreciate the response regardless of its inadvertence — yet what I'd hoped to convey was positive comments regarding Smentek (09-cv-529) — as a directive instructed by lead counsel Kenneth N. Flaxman PC — of the Law Offices of Kenneth N. Flaxman / 200 So Michigan — Suite 201 — Chicago, IL 60604.

Also — I mailed a claim form to identify myself as a class member in "Smentek" — and both that form as well as any comments regarding said lawsuit were to be received in good faith by July 31, 2018. And while I am fairly certain that your office — in fact — did

(Back)

*(I have the postmarked envelope of your reply on July 31, 2018)*

9.16.18

receive my mail by July 31, 2018 — the claim form had to be sent to Minneapolis and received by July 31, 2018.

Dear Clerk — I did not receive the "certified" mail notifying me of the proposed settlement in Smentek until 7.27.18 here at the jail — so that left only 5 days for my claim form to reach Minneapolis by July 31, 2018.

I've written lead counsel Kenneth N. Flaxman in these regards (twice) — yet I've received no confirmation of my claim form being received in Minneapolis in a timely manner. Therefore — I humbly ask that this office would either provide me with confirmation that my mail was timely received to qualify me as a "class member" — or to provide me the correct mailing address of the claims Administrator there in Minneapolis. ph no. (888) 205-6166

Also — I'm humbly asking for both the docket number and case no. of a lawsuit I filed in Aug 2013 — as well as the presiding judge. I was represented by Bernard Henry of the law firm of Rieck & Crotty PC and the defendants were Michelle Brower, Diane Schwartz, and I cannot think of the final defendant from Quincy, IL Maxillofacial Surgery. The lawsuit was settled Feb 21, 2017.

Dear clerk — I sorely need the above information to proceed in forma pauperis in a pending legal matter — and would greatly appreciate a timely reply to both Minneapolis' address and the 2013 lawsuit filed in federal district Court there in Chicago. Sincerely,

Marcus Deloney

Marcus Deloney
Cook County Jail
P. O. Box 089002
Chicago, IL 60608

Attn: Prisoner Correspondence
Clerk of the U.S. District Court
219 So. Dearborn - 20th Flr
Chicago, IL 60604