IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Dennis Smentek, *et al.*, | ) | |
| | ) | |
| *Plaintiffs,* | ) | |
| | ) | |
| -vs- | ) | No. 09-cv-529 |
| | ) | |
| Sheriff of Cook County and Cook County, Illinois, | ) | *(Judge Lefkow)* |
| | ) | |
| | ) | |
| *Defendants.* | ) | |

## STATUS REPORT ON PAYMENTS

The plaintiff class submits the following written status report pursuant to the Court's order of August 21, 2018.

1. Cook County funded the settlement on September 21, 2018.

2. The Administrator mailed payments to 18,921 "first wave" claimants on September 28, 2018.

3. Class counsel has to date provided claim forms to 2,396 "second wave" class members who, because of a change of address, did not previously receive a claim form. 1,277 of these "second wave" claimants have returned the claim forms. The Administrator plans to mail payments to these "second wave" claimants by November 16, 2018.

4. Pursuant to the settlement agreement, payments will be made to class members as long as funds are available through the "nine month period following final approval of the settlement," i.e., May 21, 2019.

5. Class counsel anticipates that they will be sufficient funds to pay all claims submitted through May 21, 2019.

6. Class counsel proposes to file a second status report on payments in 90 days.

        Respectfully submitted,

/s/ Kenneth N. Flaxman
Kenneth N. Flaxman
ARDC No. 830399
200 S. Michigan Ave, Ste 201
Chicago, IL 60604
(312) 427-3200
*Lead Counsel for the Class*