IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Dennis Smentek, etc., et al., | ) | |
| | ) | |
| *Plaintiffs*, | ) | |
| | ) | No. 09-cv-529 |
| -*vs*- | ) | |
| | ) | *(Judge Lefkow)* |
| Sheriff of Cook County and Cook County, Illinois | ) ) | |
| | ) | |
| *Defendants.* | ) | |

## PLAINTIFFS' RESPONSE TO PRO SE SUBMISSION

The plaintiff class files the following in response to the pro-se submissions by Daniel Dotson, an unnamed member of the plaintiff class (ECF Nos. 589).

Undersigned class counsel has resolved written directly to Mr. Dotson and has resolved the issues that may be germane to this case. Specifically, counsel has determined that Mr. Dotson did not receive the $150 payment referred to the letter Dotson attached to his complaint; counsel cured that problem that transferring $150 to Mr. Dotson's commissary account.

                                                            Respectfully submitted,

    /s/  <u>Kenneth N. Flaxman</u>
         Kenneth N. Flaxman
         ARDC No. 0830399
         200 S. Michigan Ave., Ste 201
         Chicago, Illinois 60604
         (312) 427-3200
         *an attorney for the plaintiff class*